# Return

| Case No.: 3:23-mj-00313 | Date and time warrant executed: 9/11/2023 12:39 PM | Copy of warrant and inventory left with: N/A |
|---|---|---|

**FILED**
Charlotte
Sep 21 2023
U.S. District Court
Western District of N.C.

Inventory made in the presence of: LE ao  LE Wills

Inventory of the property taken and name of any person(s) seized:

- A copy of data associated with 828-406-8528 that is stored at premises controlled by Synchronoss Technologies, Inc.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-21-23

*Executing officer's signature*

Jason Reid   HSI/TFO
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH 828-406-8528 THAT IS STORED AT PREMISES CONTROLLED BY SYNCHRONOSS TECHNOLOGIES, INC.

Case No. 3:23-mj-00313

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Jersey_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____9/22/2023_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Susan C. Rodriguez, US Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  enter date .

Date and time issued: 9/8/2023 3:40 PM

City and state: Charlotte, North Carolina

Signed: September 8, 2023

*/s/ Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge